IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| Plaintiff, | * |
| v. | *    Cr. No. 17-10084-STA |
| **QUENTON I. WHITE,** | * |
| Defendant. | * |

---

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENTION OF TIME TO RECEIVE AND REVIEW THE PRESENTENCE REPORT AND NOTICE OF RESETTING**

---

After having considered the Motion of the defendant and the agreement of the parties, the Court finds the Sentencing Hearing for the defendant will be reset to February 20, 2018 at 10:30am.

This 19th day of December, 2017.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF JUDGE U.S. DISTRICT COURT
