# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

vs.            CR. No. 1:17 - CR – 10084-STA
                           SEALED CASE

**QUENTON IRWIN WHITE**

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **Quenton Irwin White,** now being detained in the Fayette County Jail, Somerville, Tennessee, appear before Chief United States District Judge S. Thomas Anderson on the 30th of March, 2018, at 10:30 a.m., for the purpose of sentencing and for such other appearances as this Court may direct.

Respectfully submitted this 19th day of March. 2018.

                           S/ Victor L. Ivy
                           VICTOR L. IVY  (# 14363)
                           Assistant U.S. Attorney
                           109 S. Highland Avenue, Suite 300
                           Jackson, TN 38301
                           (731)422-6220
                           Vic.Ivy@usdoj.gov

Upon consideration of the foregoing Application, Jeffrey Holt, U.S. Marshal, Western District of Tennessee, Memphis, TN, and the Fayette County Jail, Somerville, Tennessee:

YOU ARE HEREBY COMMANDED to have **Quenton Irwin White** appear before Chief United States District Judge S. Thomas Anderson at the date and time aforementioned.

ENTERED this 19th day of March, 2018.

                           s/S. Thomas Anderson
                           S. THOMAS ANDERSON
                           CHIEF UNITED STATES DISTRICT JUDGE